AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Joshua Paul GIVENS | ) | Case No. 2:25-mj-713 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  12/17/2025  in the county of  Franklin  in the  Southern  District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit a Federal Offense on Behalf of the United States |

This criminal complaint is based on these facts:

SEE ATTACHED

☑ Continued on the attached sheet.

*Grace Bodker*
*Complainant's signature*

Grace Bodker, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/19/2025

*Chelsey M. Vascura*
*United States Magistrate Judge*
*Judge's signature*

City and state:  Columbus, Ohio    Chelsey M. Vascura, U.S. Magistrate Judge
*Printed name and title*